# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William R Weinstein, | No. CV-25-00202-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Pamela J Bondi, | |
| Defendant. | |

Upon review of the parties' First Stipulation to Extend Defendant's Time to File Response to Plaintiff's Complaint and Setting Schedule for Plaintiff to File First Amended Complaint (Doc. 7) (the "Motion"), and good cause appearing,

**IT IS ORDERED** that the Motion is **granted**.

**IT IS FURTHER ORDERED** that Defendant shall have up to and including **September 19, 2025**, to respond to Plaintiff's First Amended Complaint; and

**IT IS FURTHER ORDERED** that Plaintiff shall file his First Amended Complaint as a matter of course and with Defendant's written consent on or before **July 21, 2025**, pursuant to Fed R. Civ. P. 15(a) and LRCiv. 15.1(b).

Dated this 10th day of July, 2025.

John C. Hinderaker
United States District Judge